UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 14-13582-GAO

PETRAGEOUS DESIGNS, LTD.,
Plaintiff,

v.

OLIVET INTERNATIONAL, INC.,
Defendant.

ORDER
November 6, 2015

O'TOOLE, D.J.

After review of the parties' submissions and hearing, the parties' pending discovery motions are resolved as follows:

1. <u>Petrageous Designs' Motion to Compel (dkt. no. 14)</u>: The plaintiff's motion to compel is GRANTED as to Requests for Production Nos. 5, 6, 7, 8, 11, and 20. The defendant shall produce non-privileged documents responsive to the enumerated Requests for Production within twenty-eight (28) days of this Order. The plaintiff's request for attorney's fees and costs is DENIED.

2. <u>Olivet International's Motion for Protective Order (dkt. no. 16)</u>: The defendant's motion for a protective order with an Attorneys' Eyes Only provision is DENIED. Other less restrictive alternatives are available to help protect the parties from abusive use of sensitive documents, such as a protective order which provides that material designated as confidential can only be used for the purpose of the present litigation, will remain confidential after the case is concluded, and must be returned or destroyed to the producing party at the conclusion of the case. To the extent that there are specific documents of concern, as opposed to general categories, either

2

party may apply to the Court for heightened confidentiality provisions, including Attorneys' Eyes Only designation, upon a showing of particularized and compelling need.

    The parties shall confer on a protective order consistent with this Order.

    It is SO ORDERED.

                                      /s/ George A. O'Toole, Jr.
                                      United States District Judge